1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSANA DE GUZMAN, | ) Case No.:  4:16-cv-05713-KAW |
| | ) |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| | ) **EXTENDING DEFENDANT** |
| vs. | ) **EQUIFAX, INC.'S TIME TO** |
| | ) **RESPOND TO INITIAL** |
| EXPERIAN INFORMATION | ) **COMPLAINT** |
| SOLUTIONS, INC., et al., | ) |
| | ) Current Response date:  November 3, 2016 |
| | ) New Response Date:  January 3, 2017 |
| Defendants. | ) |
| | ) |

Plaintiff Susana De Guzman and Defendant Equifax, Inc. have filed a stipulation requesting the Court extend Defendant Equifax, Inc.'s time to respond to the initial Complaint through and including January 3, 2017.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/2/16

_Kandis Westmore_

Judge, United States District Court
for the Northern District of California

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500